[No. 22244-9-I.   Division One.   October 31, 1989.]

LOUIS ROZNER, *Appellant,* v. THE CITY OF BELLEVUE, *Respondent.*

The decision in the above captioned case which appeared in the advance sheets at 55 Wn. App. 213–21 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated October 31, 1989, directing that the opinion be withdrawn. See 56 Wn. App. 525.